SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

DAVID J. MCGLOTHLIN (SBN 253265)
david@kazlg.com
KAZEROUNI LAW GROUP, APC
4455 E. Camelback Road, Suite C250
Phoenix, AZ 85018
Telephone:  (602) 265-3332
Facsimile:  (602) 230-4482

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | Case No. 2:21-cv-05531-AB-PVC (and which is part of 2:18-ML-02814-AB (FFMx))<br><br>Assigned to Hon. Andre Birotte, Jr.<br>Courtroom:7B |
| **THIS DOCUMENT RELATES ONLY TO:**<br><br>*Whitney, Jennifer, et al.  v. Ford Motor Company, 2:21-cv-05531-AB-PVC* | **JOINT SUBMISSION REQUESTING AN INFORMAL STATUS CONFERENCE** |

JOINT SUBMISSION REQUESTING AN INFORMAL STATUS CONFERENCE

**TO THE COURT AND ALL COUNSEL OF RECORD:**

 Comes now, Plaintiffs, represented by the Kazerouni Law Group (hereinafter "the Kazerouni Cases"), and Defendant Ford Motor Company who jointly and respectively request the Court set an informal status conference with lead counsel for the Kazerouni Cases and Ford's counsel only. The parties respectfully request this informal status conference to discuss a potential resolution path forward for the Kazerouni Cases, which to date, consist of multi-plaintiff cases filed in seven (7) states[1] and which are currently being transferred to this MDL for handling. The parties have conferred with each other and propose an informal conference on the following dates, subject to the Court's availability: September 13, 2021 (until 11:00 a.m. PST), or September 15, 2021 (all day).

 Respectfully submitted,

Dated:  September 9, 2021   GORDON REES SCULLY MANSUKHANI, LLP

            By: _/s/ Spencer P. Hugret_
              SPENCER P. HUGRET
              Attorneys for Defendant
              FORD MOTOR COMPANY

Dated:  September 9, 2021   KAZEROUNI LAW GROUP, APC

            By: _/s/ David J. McGlothlin_
              DAVID J. MCGLOTHLIN, ESQ.
              Attorneys for Plaintiffs

---

[1] Kazerouni Law Group filed multi-Plaintiff cases in federal court in 1) Virginia, 2) South Carolina, 3) Minnesota, 4) Wisconsin, 5) Tennessee, 6) Michigan, and 7) California.

1
JOINT SUBMISSION REQUESTING AN INFORMAL STATUS CONFERENCE

# CERTIFICATE OF SERVICE

*IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION*
*Re:  Whitney, Jennifer, et al.  v. Ford Motor Company, 2:21-cv-05531-AB-PVC*
USDC Central District of California Case No. 2:18-ML-02814-AB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the below-mentioned date, I served the within document:

**JOINT SUBMISSION REQUESTING AN INFORMAL STATUS CONFERENCE**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 9, 2021 at San Francisco, California.

/s/ *Maria T. San Juan*
Maria T. San Juan